MEMORANDUM TO THE HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ JUN 2 4 2013 ★
LONG ISLAND OFFICE

RE: <u>United States v. Amanda Hendrickson</u>
DOCKET #: 13-CR-188
FOR SENTENCE: Pending

## <u>DELAY IN PRESENTENCE INVESTIGATION/<br>REQUEST FOR INACTIVE CASE DESIGNATION</u>

The above-named defendant pleaded guilty to an offense involving narcotics distribution.

The Probation Department has learned that the defendant has entered long-term in-patient rehabilitative treatment. She is therefore unavailable for interview.

In light of this situation, the Probation Department respectfully requests that the Court permit it to place the case in abeyance status, meaning that the case would be inactive for our purposes during that time. The Probation Department will make periodic inquiry of Defense Counsel Anthony M. LaPinta as to the availability of the defendant for interview. In the alternative, Counsel is urged to contact the Department if it is learned that she has completed her treatment, so that the Court can be notified and the case can be reactivated. Of note, Assistant U.S. Attorney Lara T. Gatz and Mr. LaPinta are in agreement that an abeyance designation appears appropriate at this time.

s/ Sandra J. Feuerstein          June 24, 2013
_____
Application approved - Place case in abeyance status

_____
Application denied

RESPECTFULLY SUBMITTED,
EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by:
_____
Linda I. Fowle, Supervising U.S. Probation Officer
(631) 712-6357
Date: June 19, 2013

cc: Anthony M. LaPinta, Esq.
    Lara T. Gatz, Assistant U.S. Attorney